IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

REZA ZARE
also known as Zare Reza PETITIONER

VERSUS CIVIL ACTION NO. 5:25-cv-103-DCB-ASH

U. S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al. RESPONDENTS

FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 12th day of December, 2025.

s/David Bramlette
UNITED STATES DISTRICT JUDGE